UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------

Tracey M. Himmel,

          Plaintiff,

                               ORDER

  -vs-

                               MISC-01-108(FB)

Katherine A. Ridgley, et al.,

          Defendant.

-------------------------------------------------

        For the reasons stated in the Court's letter to Mr. Himmel dated July 30, 2009 this action is in all respects dismissed.

        The Clerk of the Court is directed to attach a copy of the July 30, 2009 letter to this order and enter judgement in accordance herewith.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, New York
       November 30, 2009